IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

CASE NO.: _____

ARCARE, INC., an Arkansas Corporation, on behalf of itself and all others similarly situated

  Plaintiff,

v.

TRIVIDA HEALTH, INC.; and
TRIVIDIA HEALTHCARE SYSTEMS, LLC

  Defendants.

## NOTICE OF REMOVAL

  Defendants TRIVIDIA HEALTH, INC and TRIVIDIA HEALTHCARE SYSTEMS, LLC ("TRIVIDIA" or "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, with full reservation of all defenses, hereby remove this action from the Seventeenth Judicial Circuit, Broward County, FL to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. In support of this Notice of Removal, TRIVIDIA states as follows:

**I.** **Background**

  On or about May 17, 2017, Plaintiff ARCARE, INC. ("ARCARE") filed an Amended Complaint in the Circuit Court of the Seventeenth Judicial Circuit, In and For Broward County, Florida (the "Amended Complaint") against the Defendants. A true and correct copy of the Amended Complaint and other papers served upon TRIVIDIA HEALTHCARE SYSTEMS, LLC is attached hereto as Exhibit A.

1

1. The suit arises from an unspecified number of alleged facsimiles to Plaintiff's facsimile machine allegedly sent by Defendants that Plaintiff alleges violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

2. On June 12, 2017, the Defendant TRIVIDIA HEALTHCARE SYSTEMS, LLC was served in Florida (via its registered agent) with a copy of the Summons and Amended Complaint. Two Summonses were served, both in the name of TRIVIDIA HEALTHCARE SYSTEMS, LLC. TRIVIDIA HEALTH, INC. has not yet been formally served with a valid Summons, but by way of this Notice of Removal accepts service and joins in the Removal of this action. The Summonses also stated that certain written discovery was contemporaneously being served; however no written discovery was included at the time of service or thereafter. The Defendants were never served with the original Complaint.

3. The Defendants now timely remove this action to this Court.

## II.     Basis for Jurisdiction

6. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. §§ 1331, and 1441(a). This claim could have been originally filed in this Court pursuant to 28 U.S.C. § 1331, as this Court has original jurisdiction over all civil actions arising under the "Constitution, laws, or treaties of the United States."

7. Plaintiffs' Amended Complaint asserts violations of a federal law, namely the TCPA. *See generally* Ex. A. The Supreme Court of the United States in *Mims v. Arrow Financial Services LLC*, 132 S. Ct. 740, 747-53 (2012), addressed the issue of whether the federal district courts have jurisdiction over TCPA claims, holding that such a claim is, in fact, one that "arises under" the laws of the United States. As such, this Court has federal question jurisdiction over this matter.

8. Indeed, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the Defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Thus, this Court has federal question jurisdiction.

9. Based upon the foregoing, this Court has federal question jurisdiction over this action and venue is proper in this Court.

### III. Rule of Unanimity

10. The requirement that all Defendants consent to and join a notice of removal in order for it to be effective is referred to as the "rule of unanimity." *See generally Tresco, Inc. v. Cont'l Cas. Co.*, 727 F. Supp. 2d 1243, 1254 (D.N.M. 2010). The "rule of unanimity" has been codified at 28 U.S.C. § 1446(b)(2)(A), which provides that "[w]hen a civil action is removed solely under section 1441(a), all Defendants who have been properly joined and served must join in or consent to the removal of the action."

11. Since both Defendants are filing and joining in this Notice of Removal, the Rule of Unanimity is satisfied.

### IV. Notice Given

12. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff, and a copy will be promptly filed with the Clerk of the Seventeenth Judicial Circuit in and for Broward County, Florida.

### V. Removal is Timely Filed

13. This Notice has been timely filed within thirty (30) days of Defendants'

being served with the Amended Complaint on July 12, 2017, as required by 28 U.S.C. § 1446(b)(2).

## VI.     Pleadings and Process

14.     As required by 28 U.S.C. § 1446(a), copies of all state court process and pleadings actually served upon Defendants are attached to this Notice of Removal as Exhibit A.

## VII.    Venue

15.     Pursuant to 28 U.S.C. § 1441(a), venue in this District Court is proper for purposes of removal because this action is currently pending in the Seventeenth Judicial Circuit in and for Broward County, Florida, which is in the same District as the United States District Court for the Southern District of Florida.

## VIII.   Non-Waiver of Defenses

16.     Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendants' rights to assert any defense or affirmative matter, including, without limitation, motions to dismiss pursuant to Federal Rule of Civil Procedure 12.

ACCORDINGLY, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, this Court has jurisdiction over this matter, and Defendants TRIVIDIA HEALTH, INC. and TRIVIDIA HEALTHCARE SYSTEMS, LLC hereby remove this action from the Seventeenth Judicial Circuit in and for Broward County, Florida, to this Court.

Respectfully submitted, this 11th day of July, 2017.

*/s/ Jeffrey A. Backman*
JEFFREY A. BACKMAN
Florida Bar No. 662501
Jeffrey.Backman@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1800

4

              Fort Lauderdale, FL  33301
              Tel:  (954) 491-1120
              Fax: (954) 213-0140

              *Attorneys for Defendantss*
              *TRIVIDIA HEALTH, INC and*
              *TRIVIDIA HEALTCHARE, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 11, 2017, I electronically filed the above **Notice of Removal** using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for records identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel for parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                       */s/ Jeffrey A. Backman*
                                                       JEFFREY A. BACKMAN

## SERVICE LIST

Louis Mussman, Esq.
Brian T. Ku, Esq.
KU & MUSSMAN, P.A.
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
louis@kumussman.com
brian@kummussman.com
*Attorneys for Plaintiff*

-and-

Randall K. Pulliam, Esq. (pro hac vice to be submitted)
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, Arkansas 72201
rpulliam@cbplaw.com
*Attorneys for Plaintiff and the Class*
Via U.S. Mail

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

ARCARE, INC., an Arkansas Corporation,

    Plaintiff,
v.

TRIVIDIA HEALTH, INC., a Delaware Corporation,
and TRIVIDIA HEATHCARE SYSTEMS, LLC,
a Florida Limited Liability Company,

    Defendants.
_____/

**SUMMONS**
(Civil Action)

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint, Interrogatories and Request for Production in this action on Defendant:

**TRIVIDIA HEALTHCARE SYSTEMS, LLC
BY SERVING: SCOTT VERNER, REGISTERED AGENT
2400 N.W. 55TH COURT
FORT LAUDERDALE, FL 33309**

    The Defendant is required to serve a written defense to the complaint or petition on Plaintiff' Attorney, whose name and address are as follows:

**LOUIS I. MUSSMAN, ESQ.
KU & MUSSMAN, P.A.
18501 PINES BLVD., SUITE 209-A
PEMBROKE PINES, FL 33029
TEL: (305) 891-1322**

within 20 days after service of this summons on the Defendant, exclusive of the day of the service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition. Discovery must be answered within 45 days after service of the Complaint.

WITNESS my hand and seal of said Court on ___MAY 11 2017_____.

Clerk of the Circuit Court

By_____
Deputy Clerk

BRENDA D. FORMAN

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

ARCARE, INC., an Arkansas Corporation,

    Plaintiff,

v.

TRIVIDIA HEALTH, INC., a Delaware Corporation,
and TRIVIDIA HEATHCARE SYSTEMS, LLC,
a Florida Limited Liability Company,

    Defendants.

_____/

**SUMMONS**
(Civil Action)

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint, Interrogatories and Request for Production in this action on Defendant:

**TRIVIDIA HEALTH, INC.
BY SERVING: SCOTT VERNER, REGISTERED AGENT
2400 N.W. 55TH COURT
FORT LAUDERDALE, FL 33309**

    The Defendant is required to serve a written defense to the complaint or petition on Plaintiff' Attorney, whose name and address are as follows:

**LOUIS I. MUSSMAN, ESQ.
KU & MUSSMAN, P.A.
18501 PINES BLVD., SUITE 209-A
PEMBROKE PINES, FL 33029
TEL: (305) 891-1322**

within 20 days after service of this summons on the Defendant, exclusive of the day of the service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition. Discovery must be answered within 45 days after service of the Complaint.

WITNESS my hand and seal of said Court on ___MAY 11 2017_____.

Clerk of the Circuit Court

By_____
Deputy Clerk

BRENDA D. FORMAN

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-17-008845

DIVISION: 14

ARCARE, INC., an Arkansas Corporation,

    Plaintiff,

v.

TRIVIDIA HEALTH, INC., a Delaware Corporation,
and TRIVIDIA HEATHCARE SYSTEMS, LLC,
a Florida Limited Liability Company,

    Defendants.
_____/

**SUMMONS**
(Civil Action)

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the First Amended Complaint, Interrogatories and Request for Production in this action on Defendant:

**TRIVIDIA HEALTH, INC.
BY SERVING: SCOTT VERNER, REGISTERED AGENT
2400 N.W. 55TH COURT
FORT LAUDERDALE, FL 33309**

    The Defendant is required to serve a written defense to the first amended complaint or petition on Plaintiff' Attorney, whose name and address are as follows:

**LOUIS I. MUSSMAN, ESQ.
KU & MUSSMAN, P.A.
18501 PINES BLVD., SUITE 209-A
PEMBROKE PINES, FL 33029
TEL: (305) 891-1322**

within 20 days after service of this summons on the Defendant, exclusive of the day of the service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be

1

entered against that defendant for the relief demanded in the complaint or petition.  Discovery must be answered within 45 days after service of the Complaint.

  WITNESS my hand and seal of said Court on   JUN 01 2017  .

Clerk of the Circuit Court

By_____
Deputy Clerk

BRENDA D. FORMAN

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-17-008845

DIVISION: 14

ARCARE, INC., an Arkansas Corporation,

    Plaintiff,

v.

TRIVIDIA HEALTH, INC., a Delaware Corporation,
and TRIVIDIA HEATHCARE SYSTEMS, LLC,
a Florida Limited Liability Company,

    Defendants.

_____/

## SUMMONS
(Civil Action)

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the First Amended Complaint, Interrogatories and Request for Production in this action on Defendant:

**TRIVIDIA HEALTHCARE SYSTEMS, LLC
BY SERVING: SCOTT VERNER, REGISTERED AGENT
2400 N.W. 55TH COURT
FORT LAUDERDALE, FL 33309**

    The Defendant is required to serve a written defense to the first amended complaint or petition on Plaintiff' Attorney, whose name and address are as follows:

**LOUIS I. MUSSMAN, ESQ.
KU & MUSSMAN, P.A.
18501 PINES BLVD., SUITE 209-A
PEMBROKE PINES, FL 33029
TEL: (305) 891-1322**

within 20 days after service of this summons on the Defendant, exclusive of the day of the service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be

1

entered against that defendant for the relief demanded in the complaint or petition. Discovery must be answered within 45 days after service of the Complaint.

WITNESS my hand and seal of said Court on _____JUN 01 2017_____.

Clerk of the Circuit Court

By_____
Deputy Clerk

BRENDA D. FORMAN

2