# Exhibit A

Filing # 56565591 E-Filed 05/17/2017 02:30:44 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-17-008845

DIVISION: 14

ARCARE, INC., an Arkansas Corporation,

      Plaintiff,

v.

TRIVIDIA HEALTH, INC., a Delaware Corporation, and TRIVIDIA HEATHCARE SYSTEMS, LLC, a Florida Limited Liability Company,

      Defendants.

_____/

## SUMMONS
(Civil Action)

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

      YOU ARE HEREBY COMMANDED to serve this summons and a copy of the First Amended Complaint, Interrogatories and Request for Production in this action on Defendant:

**TRIVIDIA HEALTHCARE SYSTEMS, LLC**
**BY SERVING: SCOTT VERNER, REGISTERED AGENT**
**2400 N.W. 55TH COURT**
**FORT LAUDERDALE, FL 33309**

      The Defendant is required to serve a written defense to the first amended complaint or petition on Plaintiff' Attorney, whose name and address are as follows:

**LOUIS I. MUSSMAN, ESQ.**
**KU & MUSSMAN, P.A.**
**18501 PINES BLVD., SUITE 209-A**
**PEMBROKE PINES, FL 33029**
**TEL: (305) 891-1322**

within 20 days after service of this summons on the Defendant, exclusive of the day of the service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be

1

entered against that defendant for the relief demanded in the complaint or petition.   Discovery must be answered within 45 days after service of the Complaint.

WITNESS my hand and seal of said Court on _____ JUN 01 2017 _____.

Clerk of the Circuit Court

By_____
Deputy Clerk

**BRENDA D. FORMAN**

2

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-17-008845

DIVISION: 14

ARCARE, INC., an Arkansas Corporation, on behalf of itself and all others similarly situated

    Plaintiff,

v.

TRIVIDIA HEALTH, INC.; and TRIVIDIA HEALTHCARE SYSTEMS, LLC

    Defendants.

CLASS ACTION
FIRST AMENDED COMPLAINT

JURY TRIAL DEMANDED

## CLASS ACTION FIRST AMENDED COMPLAINT

Plaintiff, ARcare, Inc. ("Plaintiff"), on behalf of itself and all others similarly situated, brings this First Amended Complaint against Defendant Trividia Health, Inc. and Defendant Trividia HealthCare Systems, LLC (collectively "Defendants") for violations of the federal Telephone Consumer Protection Act.  Plaintiff seeks certification of its claims against Defendants as a class action.  In support, Plaintiff states as follows:

## INTRODUCTION

1.    This case challenges Defendant's policy and practice of faxing advertisements without obtaining Plaintiff's prior express permission beforehand.

2.    Congress enacted the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, to regulate the fast-growing expansion of the telemarketing industry. As is pertinent here, the TCPA and its implementing regulations prohibit persons within the United States from sending advertisements via fax.

1

3.      Junk faxes disrupt recipients' peace, drain recipients' paper, ink, and toner, and cause recipients tangible damages. Junk faxes also cause recipients to waste valuable time retrieving and discerning the purpose of the faxes; prevent fax machines from receiving and sending authorized faxes; and cause undue wear and tear on recipients' fax machines. Plaintiff offers pharmaceutical services and must use its fax machine to receive communications about patients. That purpose is impeded when Plaintiff's fax machine is invaded by junk faxes.

4.      The TCPA provides a private right of action and statutory damages of $500 per violation, which may be trebled when the violation is willing or knowing.

5.      On behalf of itself and all others similarly situated, Plaintiff brings this case under the TCPA to recover declaratory relief, damages for violations of the TCPA, and an injunction prohibiting Defendants from future TCPA violations.

## JURISDICTION AND VENUE

6.      This Court has personal jurisdiction over Defendants because they operate their businesses in Florida.

7.      This Court has subject-matter jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331.

8.      Venue in this district is proper because this is the district in which Defendants resides

## PARTIES

9.      Plaintiff ARcare is an Arkansas non-profit corporation located in Augusta, Arkansas.

2

10.     Defendant Trividia Health, Inc. is a developer, manufacturer, and marketer of advanced performance products for people with diabetes. It has its principal place of business in Ft. Lauderdale, Florida, and is organized under the laws of Delaware.

11.     Defendant Trividia HealthCare Systems, LLC is developer, manufacturer, and marketer of advanced performance products for people with diabetes. It has its principal place of business in Ft. Lauderdale, Florida, and is organized under the laws of Florida.

## FACTS

12.     During the Class Period, Defendants sent an unsolicited advertisement to Plaintiff's ink-and-paper facsimile machine. The fax features several of Defendants' products, and touts their advantages. The fax also encourages the recipient to contact Defendants for further information: "For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161." A copy of this facsimile is attached hereto and marked as Exhibit A.

13.     Exhibit A is an exemplary of the junk faxes Defendants send.

14.     Upon information and belief, Plaintiff has received multiple fax advertisements from Defendants similar to Exhibit A.

15.     During the Class Period, Plaintiff received additional faxes from Defendant. These have been attached as Exhibit B.

16.     Defendants did not have Plaintiff's prior express invitation or permission to send advertisements to Plaintiff's fax machine.

## CLASS ALLEGATIONS

17.     In accordance with Fed. R. Civ. P. 23, Plaintiff brings this action on behalf of the following class of persons (the "Class"):

3

All persons and entities who held telephone numbers that received one or more telephone facsimile transmissions that promoted the commercial availability or quality of property, goods or services offered by "Trividia Health."

18.     Plaintiff reserves the right to modify or amend the definition of the proposed Class before the Court determines whether certification is proper, as more information is gleaned in discovery.

19.     Excluded from the Class are Defendants, any parent, subsidiary, affiliate, or controlled person of Defendants, as well as the officers, directors, agents, servants, or employees of Defendants and the immediate family members of any such person. Also excluded are any judge who may preside over this case and any attorneys representing Plaintiff or the Class.

20.     Numerosity [Fed R. Civ. P. 23(a)(1)]. The Members of the Class are so numerous that joinder is impractical. Upon information and belief, Defendants have sent illegal fax advertisements to hundreds if not thousands of other recipients.

21.     Commonality [Fed. R. Civ. P. 23(a)(2)]. Common questions of law and fact apply to the claims of all Class Members and include (but are not limited to) the following:

a.     Whether Defendants sent faxes promoting the commercial availability or quality of property, goods, or services;

b.     The manner and method Defendants used to compile or obtain the list(s) of fax numbers to which they sent the faxes attached as Exhibit A and Exhibit B to Plaintiff's Class Action First Amended Complaint and other unsolicited fax advertisements;

c.     Whether Defendants faxed advertisements without first obtaining the recipient's express permission or invitation;

d.     Whether Defendants sent fax advertisements knowingly or willfully;

4

    e.      Whether Defendants violated 47 U.S.C. § 227;

    f.      Whether Plaintiff and the other Class members are entitled to statutory damages;

    g.      Whether the Court should award trebled damages; and

    h.      Whether Plaintiff and the other Class Members are entitled to declaratory, injunctive, or other equitable relief.

22.    Typicality [Fed. R. Civ. P. 23(a)(3)].  Plaintiff's claims are typical of the claims of all Class Members. Plaintiff received unsolicited fax advertisements from Defendants during the Class Period. Plaintiff makes the same claims that it makes for the Class Members and seeks the same relief that it seeks for the Class Members. Defendants have acted in the same manner toward Plaintiff and all Class Members.

23.    Fair and Adequate Representation [Fed. R. Civ. P. 23(a)(4)]. Plaintiff will fairly and adequately represent and protect the interests of the Class. It is interested in this matter, has no conflicts, and has retained experienced class counsel to represent the Class.

24.    Predominance and Superiority [Fed. R. Civ. P. 23(b)(3)]. For the following reasons, common questions of law and fact predominate and a class action is superior to other methods of adjudication:

    (a)    Proof of Plaintiff's claims will also prove the claims of the Class without the need for separate or individualized proceedings;

    (b)    Evidence regarding defenses or any exceptions to liability that Defendants may assert will come from Defendants' records and will not require individualized or separate inquiries or proceedings;

(c)  Defendants have acted and continue to act pursuant to common policies or practices in the same or similar manner with respect to all Class Members;

(d)  The amount likely to be recovered by individual Members of the Class does not support individual litigation. A class action will permit a large number of relatively small claims involving virtually identical facts and legal issues to be resolved efficiently in one proceeding based on common proofs;

(e)  This case is inherently well-suited to class treatment in that:

    (i)  Defendants identified persons or entities to receive their fax transmissions, and it is believed that Defendants' computer and business records will enable Plaintiff to readily identify Class Members and establish liability and damages;

    (ii)  Common proof can establish Defendants' liability and the damages owed to Plaintiff and the Class;

    (iii)  Statutory damages are provided for in the statutes and are the same for all Class Members and can be calculated in the same or a similar manner;

    (iv)  A class action will result in an orderly and expeditious administration of claims, and it will foster economies of time, effort, and expense;

    (v)  A class action will contribute to uniformity of decisions concerning Defendants' practices; and

    (vi)  As a practical matter, the claims of the Class are likely to go unaddressed absent class certification.

## CLAIMS FOR RELIEF

### COUNT ONE
**Violations of the Telephone Consumer Protection Act**
*47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4)*

25.     Plaintiff hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

26.     The TCPA provides strict liability for sending fax advertisements in a manner that does not comply with the statute. Recipients of fax advertisements have a private right of action to seek an injunction or damages for violations of the TCPA and its implementing regulations. 47 U.S.C. § 227(b)(3).

27.     The TCPA makes it unlawful to send any "unsolicited advertisement." 47 U.S.C. § 227(b)(1)(C). "Unsolicited advertisement" is defined as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission, in writing or otherwise." 47 U.S.C. § 227(a)(5).

28.     Unsolicited faxes are illegal if the sender and recipient do not have an "established business relationship." 47 U.S.C. § 227(b)(1)(C)(i). "Established business relationship" is defined as "a prior or existing relationship formed by a voluntary two-way communication between a person or entity and a business or residential subscriber with or without an exchange of consideration, on the basis of an inquiry, application, purchase or transaction by the business or residential subscriber regarding products or services offered by such person or entity, which relationship has not been previously terminated by either party." 47 U.S.C. § 227(a)(2); 47 C.F.R. § 64.1200(f)(6).

29.     Defendants faxed unsolicited advertisements to Plaintiff, in violation of 47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4).

30.     Defendants knew or should have known (a) that Plaintiff had not given express invitation or permission for Defendants to fax advertisements about their services and products; and (b) that Exhibit A and Exhibit B are advertisements.

31.     Defendants' actions caused actual damage to Plaintiff and the Class Members. Defendants' junk faxes caused Plaintiff and the Class Members to lose paper, toner, and ink consumed in the printing of Defendants' faxes through Plaintiff's and the Class Members' fax machines. Defendants' faxes cost Plaintiff and the Class Members time that otherwise would have been spent on Plaintiff's and the Class Members' business activities.

32.     In addition to statutory damages (and the trebling thereof), Plaintiff and the Class are entitled to declaratory and injunctive relief under the TCPA.

## REQUEST FOR RELIEF

WHEREFORE Plaintiff, individually and on behalf of all others similarly situated, respectfully requests that this Court:

a)      Determine that this action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure;

b)      Declare Defendants' conduct to be unlawful under the TCPA;

c)      Award $500 in statutory damages under the TCPA for each violation, and if the Court determines the violations were knowing or willful then treble those damages;

d)      Enjoin Defendants from additional violations;

e)      Award Plaintiff and the Class their attorney's fees and costs;

f)      Grant such other legal and equitable relief as the Court may deem appropriate.

8

## JURY DEMAND

Plaintiff and the Members of the Class hereby request a trial by jury.

DATED: May 17, 2017

Respectfully submitted,

By:  */s/Louis Mussman*
Louis Mussman, Esq. (Fla # 597155)
louis@kumussman.com
Brian T. Ku, Esq. (Fla. # 610461)
brian@kumussman.com
**KU & MUSSMAN, P.A.**
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
Telephone: (305) 891-1322
Facsimile: (305) 891-4512

and

Randall K. Pulliam, Esq. (pro hac vice to be submitted)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th Street
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff and the Class*

9

Filing # 56565591 E-Filed 05/17/2017 02:30:44 PM



## Fiber Tablets
### 4 GRAMS, 3 FIBERS, IN JUST 2 TABLETS

With four grams of fiber per serving, Health Mart® TRUEplus® Fiber Tablets are an effective way to supplement a healthy diet and contribute to overall good health.

Each tablet contains three different sources of soluble, prebiotic fiber, which have different absorption rates in the body and stimulate the growth of helpful bacteria in the intestines.

- Sugar free, ideal for people with diabetes
- Promotes good digestive and colon health
- Aids in weight management along with a healthy diet and exercise
- Supports immune system
- Made in USA



## Health Mart® TRUEplus® Diabetics' Intensive Moisturizing Cream
### PROTECTS, HYDRATES, AND SOFTENS FOR EXTRA-DRY SKIN



Health Mart® TRUEplus® Diabetics' Intensive Moisturizing Cream is ideal for dry, rough skin. Featuring Aqua Drop™, this non-greasy formula quenches dry skin, for a softer and healthier appearance.

- Protects and improves skin barrier function
- Traps moisture and hydrates for a healthier appearance
- Soothes, relieves and softens dry, rough skin
- Dermatologist tested

## Health Mart® TRUEplus® Diabetics' Foot Care Cream
### RELIEVES, PROTECTS, AND SOFTENS FOR DRY, ROUGH, CRACKED FEET



Health Mart® TRUEplus® Diabetics' Foot Care Cream is ideal for dry, rough, cracked feet. Featuring Aqua Drop™ and a combination of ingredients, the specially designed formula improves hydration and protects feet while emollient properties relieve, soothe, and soften, visibly improving skin's appearance.

- Helps relieve cracked skin
- Retains moisture and hydrates, attracting water to cells and trapping moisture
- Leaves feet with a visibly smoother looking texture
- Dermatologist tested

 **A skin protectant formula that increases water content leaving skin feeling soft, smooth and healthy, visibly improving skin's appearance.**

| Description | NDC | McKItem # | Cost† |
|---|---|---|---|
| **Health Mart® Fiber Tablets** | | | |
| Assorted Fruit Flavors, 90 ct. (bottle) | 56151-1670-91 | 343 8629 | $5.75 |
| **Health Mart® Skin Care** | | | |
| Diabetics' Intensive Moisturizing Cream, 4 oz. (tube) | 56151-681-04 | 343 8645 | $4.25 |
| Diabetics' Foot Care Cream, 4 oz. (tube) | 56151-682-04 | 343 8637 | $4.25 |

† Cost is subject to change without notice. Final cost may vary based on wholesaler markup.

**Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6181.**

N1CO-3589 5/01/16 Trividia Health, Inc. TRUEplus is a trademark of Trividia, Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

  

EXHIBIT A

Filing # 56565591 E-Filed 05/17/2017 02:30:44 PM

# TRUE METRIX

# No Charge Meter Pre-Pack Program

## 4 NO CHARGE METERS

packed with every 12 boxes of Medi/Medi 50ct. test strips you order!

## The advantages really add up:

- No hassles, no rebates, no added paperwork

- Instant savings – no minimum purchase requirements

- Everyday, low-net pricing on test strips for your Medicare and Medicaid patients



**NEW everyday low price effective June 1, 2016**

$5.99[1] for 50 ct.    $71.88 for Pre-Pack

## Accuracy is Confidence

The Health Mart® TRUE METRIX® portfolio* achieves a level of performance driven by science, research and technological advancements.

*Featuring*  

The Health Mart® TRUE METRIX® System exceeds the new, more stringent minimum ISO 15197:2013 performance requirements.[2]

| Product | NDC # | Item Num. | Cost |
|---|---|---|---|
| Health Mart® TRUE METRIX® Medi/Medi Pre-Pack* 4X12 | N/A | 340 8481 | $71.88 |
| Health Mart® TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, Medi/Medi 50 ct. | 561b1-1463-04 | 340 8465 | $5.99 |

*No patient or third party payor should be billed for the no charge meters. *Cost is effective June 1, 2016 and subject to change without notice. Final cost may vary based on wholesaler markup.

**Place your order today! To learn more about these products, contact your Trividia Health, Inc. Account Manager at 1-800-877-6161.**

* TRUE ML IRIX® is intended for self-monitoring blood glucose only and not for multiple patient use. Only TRU₋ METRIX® PRO is intended for multiple patient use. 1. Valid only for beneficiaries of Medicare Fee for Service Medicaid (where not excluded). No Charge Meters include meter only. 2. Data on file. NDC-0479 © 05/16 Trividia Health Inc. TRUE METRIX and TRIPLE SENSE TECHNOLOGY are trademarks of Trividia Health Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:

(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or

(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152

i. ❑ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM

ii. ❑ I do not wish to receive any future faxes from MMM

   MMM Opt-Out Fax Number(s)_____ Account Number_____; or

(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)

You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

 

EXHIBIT B



# TRUE METRIX AIR with Bluetooth SMART



Event tagging

Alternating time and date

Bluetooth® Smart Connectivity

Large display and digits for easy reading

High-quality protective screen

Elegant, black, soft-touch

Test strip release button

Easy-to-use test strip port

**FEATURES:**
- No coding
- Tiny 0.5 microliter sample size
- As fast as 4 seconds
- Stores 1,000 results with time/date
- Data management
- Download capabilities
- Uses Health Mart® TRUE METRIX® Self-Monitoring Blood Glucose Test Strips

Featuring **TRIPLE SENSE** ® TECHNOLOGY

## Includes Event Tagging



**BEFORE MEAL**
Test was taken just before a meal



**AFTER MEAL**
Test was taken 2 hours after the start of a meal



**EXERCISE**
Test was taken during or after exercise



**SICK**
Test was taken when sick



**MEDICATIONS**
Medication taken may have affected test result



**OTHER**
Any other reason the test is unique

NICO-3381 © 10/16 Trividia Health, Inc. TRUE METRIX, TRIPLE SENSE TECHNOLOGY and TRUE MANAGER are trademarks of Trividia Health, Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

EXHIBIT B

# Get Connected



## *Upgrade to the* Health Mart® TRUE METRIX® AIR*

### TECHNOLOGY WITH REACH

With integrated wireless capability, results are seamlessly delivered to your linked mobile device** to provide simple tracking and insights, empowering the user and their healthcare provider to make better decisions for a healthier life.

### INSIGHT AT YOUR FINGERTIPS

With TRUE MANAGER™ AIR App, and a Health Mart® TRUE METRIX® AIR Meter and mobile device, users can track data and share with healthcare providers, friends, and family to help manage diabetes.

TRUE MANAGER™ AIR App is available on both Android and iOS operating systems.

 

  

| Health Mart' Products | NDC | McK Item # | Cost¹ |
|---|---|---|---|
| TRUE METRIX' AIR Self-Monitoring Blood Glucose Meter | 56151-1400-02 | 348 8873 | $15.00 |
| TRUE METRIX' Self-Monitoring Blood Glucose Test Strips, 50 ct. | 56151-1460-04 | 330 4946 | $27.50 |
| TRUE METRIX' Self-Monitoring Blood Glucose Test Strips, 100 ct. | 56151-1460-01 | 330 4004 | $51.00 |
| TRUE METRIX' Self-Monitoring Blood Glucose Test Strips, Medi/Medi 50 ct.² | 56151-1463-04 | 340 8465 | $5.00 |

1. Cost is effective June 1, 2016 and subject to change without notice. Final cost may vary based on wholesaler markup.
2. Valid only for beneficiaries of Medicare or Fee for Service Medicaid (where not excluded).

**Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161.**

*TRUE METRIX AIR is intended for self-monitoring blood glucose only and not for multiple patient use. Only TRUE METRIX PRO is intended for multiple patient use.**Go to www.trividiahealth.com/truemanagerair for a list of compatible mobile devices and applications.

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i.  ❏ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii. ❏ I do not wish to receive any future faxes from MMM
    MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

EXHIBIT B

INTRODUCING

# Health Mart® TRUEplus®
# Fiber and Skin Care Products

## Ideal for people with diabetes to help maintain a healthy lifestyle.



**NEW Health Mart® TRUEplus® Fiber Tablets provide an effective way to supplement a healthy diet and contribute to overall good health.**

**NEW Health Mart® TRUEplus® Diabetics' Skin Care products target specific needs, including moderate skin dryness, severe dry, rough skin and cracked feet.**

 **TRUEplus**  

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i.  ☐ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii. ☐ I do not wish to receive any future faxes from MMM
    MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

# Get Connected



## *Upgrade to the* Health Mart*
## TRUE METRIX® AIR*

### TECHNOLOGY WITH REACH

With integrated wireless capability, results are seamlessly delivered to your linked mobile device** to provide simple tracking and insights, empowering the user and their healthcare provider to make better decisions for a healthier life.

### INSIGHT AT YOUR FINGERTIPS

With TRUE MANAGER™ AIR App, and a Health Mart® TRUE METRIX® AIR Meter and mobile device, users can track data and share with healthcare providers, friends, and family to help manage diabetes.

TRUE MANAGER™ AIR App is available on both Android and iOS operating systems.








| Health Mart' Products | NDC | McK Item # | Cost¹ |
|---|---|---|---|
| TRUE METRIX' AIR Self-Monitoring Blood Glucose Meter | 56151-1400-02 | 346 8873 | $15.00 |
| TRUE METRIX' Self-Monitoring Blood Glucose Test Strips, 50 ct. | 56151-1460-04 | 330 4946 | $27.50 |
| TRUE METRIX' Self-Monitoring Blood Glucose Test Strips, 100 ct. | 56151-1460-01 | 330 4004 | $51.00 |
| TRUE METRIX' Self-Monitoring Blood Glucose Test Strips, Medi/Medi 50 ct.² | 56151-1463-04 | 340 8465 | $5.99 |

1. Cost is effective June 1, 2016 and subject to change without notice. Final cost may vary based on wholesaler markup.
2. Valid only for beneficiaries of Medicare or Fee for Service Medicaid (where not excluded).

**Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6181.**

*TRUE METRIX AIR is intended for self-monitoring blood glucose only and not for multiple patient use. Only TRUE METRIX PRO is intended for multiple patient use.** Go to www.trividiahealth.com/truemanagerair for a list of compatible mobile devices and applications.

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i.  ❏ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii. ❏ I do not wish to receive any future faxes from MMM
    MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

EXHIBIT B



**TRUE METRIX** AIR with **Bluetooth**® *SMART*



Event tagging

Bluetooth® Smart Connectivity

Large display and digits for easy reading

Test strip release button

Easy-to-use test strip port

Alternating time and date

High-quality protective screen

Elegant, black, soft-touch

**FEATURES:**
- No coding
- Tiny 0.5 microliter sample size
- As fast as 4 seconds
- Stores 1,000 results with time/date
- Data management
- Download capabilities
- Uses Health Mart® TRUE METRIX® Self-Monitoring Blood Glucose Test Strips

Featuring **TRIPLE SENSE** TECHNOLOGY®

## Includes Event Tagging



**BEFORE MEAL**
Test was taken just before a meal



**AFTER MEAL**
Test was taken 2 hours after the start of a meal



**EXERCISE**
Test was taken during or after exercise



**SICK**
Test was taken when sick



**MEDICATIONS**
Medication taken may have affected test result



**OTHER**
Any other reason the test is unique

NICO-9581 © 10/16 Trividia Health, Inc. TRUE METRIX, TRIPLE SENSE TECHNOLOGY and TRUE MANAGER are trademarks of Trividia Health, Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

EXHIBIT B

INTRODUCING

# Health Mart® TRUEplus®
# Fiber and Skin Care Products

### Ideal for people with diabetes to help maintain a healthy lifestyle.



**NEW Health Mart® TRUEplus® Fiber Tablets provide an effective way to supplement a healthy diet and contribute to overall good health.**

**NEW Health Mart® TRUEplus® Diabetics' Skin Care products target specific needs, including moderate skin dryness, severe dry, rough skin and cracked feet.**

 | **TRUEplus·**


The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM").
If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i.  ❏ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii.  ❏ I do not wish to receive any future faxes from MMM
     MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

# Health Mart® TRUEplus® Fiber Tablets

## 4 GRAMS, 3 FIBERS, IN JUST 2 TABLETS



With four grams of fiber per serving, Health Mart® TRUEplus® Fiber Tablets are an effective way to supplement a healthy diet and contribute to overall good health.

Each tablet contains three different sources of soluble, prebiotic fiber, which have different absorption rates in the body and stimulate the growth of helpful bacteria in the intestines.

- Sugar free, ideal for people with diabetes
- Promotes good digestive and colon health
- Aids in weight management along with a healthy diet and exercise
- Supports immune system
- Made in USA

# Health Mart® TRUEplus® Diabetics' Intensive Moisturizing Cream

## PROTECTS, HYDRATES, AND SOFTENS FOR EXTRA-DRY SKIN



Health Mart® TRUEplus® Diabetics' Intensive Moisturizing Cream is ideal for dry, rough skin. Featuring Aqua Drop™, this non-greasy formula quenches dry skin, for a softer and healthier appearance.

- Protects and improves skin barrier function
- Traps moisture and hydrates for a healthier appearance
- Soothes, relieves and softens dry, rough skin
- Dermatologist tested

# Health Mart® TRUEplus® Diabetics' Foot Care Cream

## RELIEVES, PROTECTS, AND SOFTENS FOR DRY, ROUGH, CRACKED FEET



Health Mart® TRUEplus® Diabetics' Foot Care Cream is ideal for dry, rough, cracked feet. Featuring Aqua Drop™ and a combination of ingredients, the specially designed formula improves hydration and protects feet while emollient properties relieve, soothe, and soften, visibly improving skin's appearance.

- Helps relieve cracked skin
- Retains moisture and hydrates, attracting water to cells and trapping moisture
- Leaves feet with a visibly smoother looking texture
- Dermatologist tested

 A skin protectant formula that increases water content leaving skin feeling soft, smooth and healthy, visibly improving skin's appearance.

| Description | NDC | McK Item # | Cost† |
|---|---|---|---|
| **Health Mart® Fiber Tablets** | | | |
| Assorted Fruit Flavors, 90 ct. (bottle) | 56151-1670-91 | 343 8629 | $5.75 |
| **Health Mart® Skin Care** | | | |
| Diabetics' Intensive Moisturizing Cream, 4 oz. (tube) | 56151-681-04 | 343 8645 | $4.25 |
| Diabetics' Foot Care Cream, 4 oz. (tube) | 56151-682-04 | 343 8637 | $4.25 |

†Cost is subject to change without notice. Final cost may vary based on wholesaler markup.

**Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161.**

NICO-0583 9 09/16 Trividia Health, Inc. TRUEplus is a trademark of Trividia Health, Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

  

EXHIBIT B

Filing # 56565591 E-Filed 05/17/2017 02:30:44 PM

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT, IN
AND FOR BROWARD COUNTY,
FLORIDA

CASE NO.: CACE-17-008845

DIVISION: 14

ARCARE, INC., an Arkansas Corporation,

     Plaintiff,

v.

TRIVIDIA HEALTH, INC., a Delaware Corporation,
and TRIVIDIA HEATHCARE SYSTEMS, LLC,
a Florida Limited Liability Company,

     Defendants.

_____/

## SUMMONS
(Civil Action)

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

     YOU ARE HEREBY COMMANDED to serve this summons and a copy of the First Amended Complaint, Interrogatories and Request for Production in this action on Defendant:

**TRIVIDIA HEALTHCARE SYSTEMS, LLC**
**BY SERVING: SCOTT VERNER, REGISTERED AGENT**
**2400 N.W. 55TH COURT**
**FORT LAUDERDALE, FL 33309**

     The Defendant is required to serve a written defense to the first amended complaint or petition on Plaintiff Attorney, whose name and address are as follows:

**LOUIS I. MUSSMAN, ESQ.**
**KU & MUSSMAN, P.A.**
**18501 PINES BLVD., SUITE 209-A**
**PEMBROKE PINES, FL 33029**
**TEL: (305) 891-1322**

within 20 days after service of this summons on the Defendant, exclusive of the day of the service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be

1

entered against that defendant for the relief demanded in the complaint or petition.  Discovery must be answered within 45 days after service of the Complaint.

WITNESS my hand and seal of said Court on _____ JUN 01 2017 _____.

Clerk of the Circuit Court

By_____
Deputy Clerk

BRENDA D. FORMAN

2

<table>
<tr><td></td><td>IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA</td></tr>
</table>

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-17-008845

DIVISION: 14

| | |
|---|---|
| ARCARE, INC., an Arkansas Corporation, on behalf of itself and all others similarly situated ) ) ) ) | CLASS ACTION FIRST AMENDED COMPLAINT |
| Plaintiff, ) ) | JURY TRIAL DEMANDED |
| v. ) ) | |
| TRIVIDIA HEALTH, INC.; and TRIVIDIA HEALTHCARE SYSTEMS, LLC ) ) ) ) | |
| Defendants. ) | |

## CLASS ACTION FIRST AMENDED COMPLAINT

Plaintiff, ARcare, Inc. ("Plaintiff"), on behalf of itself and all others similarly situated, brings this First Amended Complaint against Defendant Trividia Health, Inc. and Defendant Trividia HealthCare Systems, LLC (collectively "Defendants") for violations of the federal Telephone Consumer Protection Act.   Plaintiff seeks certification of its claims against Defendants as a class action.  In support, Plaintiff states as follows:

## INTRODUCTION

1.      This case challenges Defendant's policy and practice of faxing advertisements without obtaining Plaintiff's prior express permission beforehand.

2.      Congress enacted the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, to regulate the fast-growing expansion of the telemarketing industry. As is pertinent here, the TCPA and its implementing regulations prohibit persons within the United States from sending advertisements via fax.

3.      Junk faxes disrupt recipients' peace, drain recipients' paper, ink, and toner, and cause recipients tangible damages. Junk faxes also cause recipients to waste valuable time retrieving and discerning the purpose of the faxes; prevent fax machines from receiving and sending authorized faxes; and cause undue wear and tear on recipients' fax machines. Plaintiff offers pharmaceutical services and must use its fax machine to receive communications about patients. That purpose is impeded when Plaintiff's fax machine is invaded by junk faxes.

4.      The TCPA provides a private right of action and statutory damages of $500 per violation, which may be trebled when the violation is willing or knowing.

5.      On behalf of itself and all others similarly situated, Plaintiff brings this case under the TCPA to recover declaratory relief, damages for violations of the TCPA, and an injunction prohibiting Defendants from future TCPA violations.

## JURISDICTION AND VENUE

6.      This Court has personal jurisdiction over Defendants because they operate their businesses in Florida.

7.      This Court has subject-matter jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331.

8.      Venue in this district is proper because this is the district in which Defendants resides

## PARTIES

9.      Plaintiff ARcare is an Arkansas non-profit corporation located in Augusta, Arkansas.

2

10.     Defendant Trividia Health, Inc. is a developer, manufacturer, and marketer of advanced performance products for people with diabetes. It has its principal place of business in Ft. Lauderdale, Florida, and is organized under the laws of Delaware.

11.     Defendant Trividia HealthCare Systems, LLC is developer, manufacturer, and marketer of advanced performance products for people with diabetes. It has its principal place of business in Ft. Lauderdale, Florida, and is organized under the laws of Florida.

## FACTS

12.     During the Class Period, Defendants sent an unsolicited advertisement to Plaintiff's ink-and-paper facsimile machine. The fax features several of Defendants' products, and touts their advantages. The fax also encourages the recipient to contact Defendants for further information: "For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161." A copy of this facsimile is attached hereto and marked as Exhibit A.

13.     Exhibit A is an exemplary of the junk faxes Defendants send.

14.     Upon information and belief, Plaintiff has received multiple fax advertisements from Defendants similar to Exhibit A.

15.     During the Class Period, Plaintiff received additional faxes from Defendant. These have been attached as Exhibit B.

16.     Defendants did not have Plaintiff's prior express invitation or permission to send advertisements to Plaintiff's fax machine.

## CLASS ALLEGATIONS

17.     In accordance with Fed. R. Civ. P. 23, Plaintiff brings this action on behalf of the following class of persons (the "Class"):

3

All persons and entities who held telephone numbers that received one or more telephone facsimile transmissions that promoted the commercial availability or quality of property, goods or services offered by "Trividia Health."

18.     Plaintiff reserves the right to modify or amend the definition of the proposed Class before the Court determines whether certification is proper, as more information is gleaned in discovery.

19.     Excluded from the Class are Defendants, any parent, subsidiary, affiliate, or controlled person of Defendants, as well as the officers, directors, agents, servants, or employees of Defendants and the immediate family members of any such person. Also excluded are any judge who may preside over this case and any attorneys representing Plaintiff or the Class.

20.     Numerosity [Fed R. Civ. P. 23(a)(1)]. The Members of the Class are so numerous that joinder is impractical. Upon information and belief, Defendants have sent illegal fax advertisements to hundreds if not thousands of other recipients.

21.     Commonality [Fed. R. Civ. P. 23(a)(2)]. Common questions of law and fact apply to the claims of all Class Members and include (but are not limited to) the following:

    a.      Whether Defendants sent faxes promoting the commercial availability or quality of property, goods, or services;

    b.      The manner and method Defendants used to compile or obtain the list(s) of fax numbers to which they sent the faxes attached as Exhibit A and Exhibit B to Plaintiff's Class Action First Amended Complaint and other unsolicited fax advertisements;

    c.      Whether Defendants faxed advertisements without first obtaining the recipient's express permission or invitation;

    d.      Whether Defendants sent fax advertisements knowingly or willfully;

4

  e.  Whether Defendants violated 47 U.S.C. § 227;

  f.  Whether Plaintiff and the other Class members are entitled to statutory damages;

  g.  Whether the Court should award trebled damages; and

  h.  Whether Plaintiff and the other Class Members are entitled to declaratory, injunctive, or other equitable relief.

22. Typicality [Fed. R. Civ. P. 23(a)(3)]. Plaintiff's claims are typical of the claims of all Class Members. Plaintiff received unsolicited fax advertisements from Defendants during the Class Period. Plaintiff makes the same claims that it makes for the Class Members and seeks the same relief that it seeks for the Class Members. Defendants have acted in the same manner toward Plaintiff and all Class Members.

23. Fair and Adequate Representation [Fed. R. Civ. P. 23(a)(4)]. Plaintiff will fairly and adequately represent and protect the interests of the Class. It is interested in this matter, has no conflicts, and has retained experienced class counsel to represent the Class.

24. Predominance and Superiority [Fed. R. Civ. P. 23(b)(3)]. For the following reasons, common questions of law and fact predominate and a class action is superior to other methods of adjudication:

  (a) Proof of Plaintiff's claims will also prove the claims of the Class without the need for separate or individualized proceedings;

  (b) Evidence regarding defenses or any exceptions to liability that Defendants may assert will come from Defendants' records and will not require individualized or separate inquiries or proceedings;

(c)  Defendants have acted and continue to act pursuant to common policies or practices in the same or similar manner with respect to all Class Members;

(d)  The amount likely to be recovered by individual Members of the Class does not support individual litigation. A class action will permit a large number of relatively small claims involving virtually identical facts and legal issues to be resolved efficiently in one proceeding based on common proofs;

(e)  This case is inherently well-suited to class treatment in that:

   (i)  Defendants identified persons or entities to receive their fax transmissions, and it is believed that Defendants' computer and business records will enable Plaintiff to readily identify Class Members and establish liability and damages;

   (ii)  Common proof can establish Defendants' liability and the damages owed to Plaintiff and the Class;

   (iii)  Statutory damages are provided for in the statutes and are the same for all Class Members and can be calculated in the same or a similar manner;

   (iv)  A class action will result in an orderly and expeditious administration of claims, and it will foster economies of time, effort, and expense;

   (v)  A class action will contribute to uniformity of decisions concerning Defendants' practices; and

   (vi)  As a practical matter, the claims of the Class are likely to go unaddressed absent class certification.

6

## CLAIMS FOR RELIEF

### COUNT ONE
### Violations of the Telephone Consumer Protection Act
*47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4)*

25.     Plaintiff hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

26.     The TCPA provides strict liability for sending fax advertisements in a manner that does not comply with the statute. Recipients of fax advertisements have a private right of action to seek an injunction or damages for violations of the TCPA and its implementing regulations. 47 U.S.C. § 227(b)(3).

27.     The TCPA makes it unlawful to send any "unsolicited advertisement." 47 U.S.C. § 227(b)(1)(C). "Unsolicited advertisement" is defined as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission, in writing or otherwise." 47 U.S.C. § 227(a)(5).

28.     Unsolicited faxes are illegal if the sender and recipient do not have an "established business relationship." 47 U.S.C. § 227(b)(1)(C)(i). "Established business relationship" is defined as "a prior or existing relationship formed by a voluntary two-way communication between a person or entity and a business or residential subscriber with or without an exchange of consideration, on the basis of an inquiry, application, purchase or transaction by the business or residential subscriber regarding products or services offered by such person or entity, which relationship has not been previously terminated by either party." 47 U.S.C. § 227(a)(2); 47 C.F.R. § 64.1200(f)(6).

29.    Defendants faxed unsolicited advertisements to Plaintiff, in violation of 47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4).

30.    Defendants knew or should have known (a) that Plaintiff had not given express invitation or permission for Defendants to fax advertisements about their services and products; and (b) that Exhibit A and Exhibit B are advertisements.

31.    Defendants' actions caused actual damage to Plaintiff and the Class Members. Defendants' junk faxes caused Plaintiff and the Class Members to lose paper, toner, and ink consumed in the printing of Defendants' faxes through Plaintiff's and the Class Members' fax machines. Defendants' faxes cost Plaintiff and the Class Members time that otherwise would have been spent on Plaintiff's and the Class Members' business activities.

32.    In addition to statutory damages (and the trebling thereof), Plaintiff and the Class are entitled to declaratory and injunctive relief under the TCPA.

## **REQUEST FOR RELIEF**

WHEREFORE Plaintiff, individually and on behalf of all others similarly situated, respectfully requests that this Court:

a)    Determine that this action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure;

b)    Declare Defendants' conduct to be unlawful under the TCPA;

c)    Award $500 in statutory damages under the TCPA for each violation, and if the Court determines the violations were knowing or willful then treble those damages;

d)    Enjoin Defendants from additional violations;

e)    Award Plaintiff and the Class their attorney's fees and costs;

f)    Grant such other legal and equitable relief as the Court may deem appropriate.

## JURY DEMAND

Plaintiff and the Members of the Class hereby request a trial by jury.

DATED: May 17, 2017

Respectfully submitted,

By:  */s/Louis Mussman*
Louis Mussman, Esq. (Fla # 597155)
louis@kumussman.com
Brian T. Ku, Esq. (Fla. # 610461)
brian@kumussman.com
**KU & MUSSMAN, P.A.**
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
Telephone: (305) 891-1322
Facsimile: (305) 891-4512

and

Randall K. Pulliam, Esq. (pro hac vice to be submitted)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th Street
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff and the Class*

9

Filing # 56565591 E-Filed 05/17/2017 02:30:44 PM



## Fiber Tablets

### 4 GRAMS, 3 FIBERS, IN JUST 2 TABLETS



With four grams of fiber per serving, Health Mart' TRUEplus' Fiber Tablets are an effective way to supplement a healthy diet and contribute to overall good health.

Each tablet contains three different sources of soluble, prebiotic fiber, which have different absorption rates in the body and stimulate the growth of helpful bacteria in the intestines.

- Sugar free, ideal for people with diabetes
- Promotes good digestive and colon health
- Aids in weight management along with a healthy diet and exercise
- Supports immune system
- Made in USA

## Health Mart® TRUEplus® Diabetics' Intensive Moisturizing Cream

### PROTECTS, HYDRATES, AND SOFTENS FOR EXTRA-DRY SKIN



Health Mart' TRUEplus' Diabetics' Intensive Moisturizing Cream is ideal for dry, rough skin. Featuring Aqua Drop™, this non-greasy formula quenches dry skin, for a softer and healthier appearance.

- Protects and improves skin barrier function
- Traps moisture and hydrates for a healthier appearance
- Soothes, relieves and softens dry, rough skin
- Dermatologist tested

## Health Mart® TRUEplus® Diabetics' Foot Care Cream

### RELIEVES, PROTECTS, AND SOFTENS FOR DRY, ROUGH, CRACKED FEET



Health Mart' TRUEplus' Diabetics' Foot Care Cream is ideal for dry, rough, cracked feet. Featuring Aqua Drop™ and a combination of ingredients, the specially designed formula improves hydration and protects feet while emollient properties relieve, soothe, and soften, visibly improving skin's appearance.

- Helps relieve cracked skin
- Retains moisture and hydrates, attracting water to cells and trapping moisture
- Leaves feet with a visibly smoother looking texture
- Dermatologist tested

 **A skin protectant formula that increases water content leaving skin feeling soft, smooth and healthy, visibly improving skin's appearance.**

| Description | NDC | McKItem # | Cost† |
|---|---|---|---|
| **Health Mart® Fiber Tablets** | | | |
| Assorted Fruit Flavors, 90 ct. (bottle) | 56151-1670-91 | 343 8629 | $5.75 |
| **Health Mart® Skin Care** | | | |
| Diabetics' Intensive Moisturizing Cream, 4 oz. (tube) | 56151-681-04 | 343 8645 | $4.25 |
| Diabetics' Foot Care Cream, 4 oz. (tube) | 56151-682-04 | 343 8637 | $4.25 |

Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161.

†Cost is subject to change without notice. Final cost may vary based on wholesaler markup.

NICO-3599 ©02/16 Trividia Health, Inc. TRUEplus is a trademark of Trividia Health, Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

 

EXHIBIT A

Filing # 56565591 E-Filed 05/17/2017 02:30:44 PM

# TRUE METRIX

# No Charge Meter Pre-Pack Program

## 4 NO CHARGE METERS

packed with every 12 boxes of Medi/Medi 50ct. test strips you order!



### The advantages really add up:

- No hassles, no rebates, no added paperwork

- Instant savings – no minimum purchase requirements

- Everyday, low-net pricing on test strips for your Medicare and Medicaid patients

### Accuracy is Confidence

The Health Mart® TRUE METRIX® portfolio* achieves a level of performance driven by science, research and technological advancements.

*Featuring*   TRIPLE SENSE TECHNOLOGY

The Health Mart® TRUE METRIX® System exceeds the new, more stringent minimum ISO 15197:2013 performance requirements.[2]

### NEW everyday low price effective June 1, 2016

## $5.99[1] for 50 ct.   $71.88 for Pre-Pack

| Product | NDC # | McK Item # | Cost |
|---|---|---|---|
| Health Mart® TRUE METRIX® Medi/Medi Pre-Pack® 4X12 | N/A | 340 8481 | $71.88 |
| Health Mart® TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, Medi/Medi 50 ct. | 56151-1463-04 | 340 8465 | $5.99 |

*No patient or third party payor should be billed for the no charge meters. †Cost is effective June 1, 2016 and subject to change without notice. Final cost may vary based on wholesaler markup.

**Place your order today! To learn more about these products, contact your Trividia Health, Inc. Account Manager at 1-800-877-6161.**

[1] TRUE METRIX® is intended for monitoring blood glucose only and not for multiple patient use. Only TRUE METRIX® PRO is intended for multiple patient use. 1. Valid only for beneficiaries of Medicare or Fee for Service Medicaid (where not excluded). No charge meters include meter only. 2. Data on file.

NDC-3479 © 05/16 Trividia Health Inc. TRUE METRIX and TRIPLE SENSE TECHNOLOGY are trademarks of Trividia Health Inc. Health Mart, the Health Mart logo and the Health Mart Private Label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:

(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or

(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152

i. ❑ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM

ii. ❑ I do not wish to receive any future faxes from MMM

MMM Opt-Out Fax Number(s)_____ Account Number_____; or

(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)

You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

 

EXHIBIT B



# TRUE METRIX AIR

with **Bluetooth** SMART



Event tagging

Alternating time and date

Bluetooth® Smart Connectivity

High-quality protective screen

Large display and digits for easy reading

Elegant, black, soft-touch

Test strip release button

Easy-to-use test strip port

**FEATURES:**
- No coding
- Tiny 0.5 microliter sample size
- As fast as 4 seconds
- Stores 1,000 results with time/date
- Data management
- Download capabilities
- Uses Health Mart® TRUE METRIX® Self-Monitoring Blood Glucose Test Strips

Featuring **TRIPLE SENSE TECHNOLOGY** ®

## Includes Event Tagging



**BEFORE MEAL**
Test was taken just before a meal



**AFTER MEAL**
Test was taken 2 hours after the start of a meal



**EXERCISE**
Test was taken during or after exercise



**SICK**
Test was taken when sick



**MEDICATIONS**
Medication taken may have affected test result



**OTHER**
Any other reason the test is unique

NICO-3381 © 10/18 Trividia Health, Inc. TRUE METRIX, TRIPLE SENSE TECHNOLOGY and TRUE MANAGER are trademarks of Trividia Health, Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

EXHIBIT B

# Get Connected



## *Upgrade to the* Health Mart®
## TRUE METRIX® AIR*

### TECHNOLOGY WITH REACH

With integrated wireless capability, results are seamlessly delivered to your linked mobile device** to provide simple tracking and insights, empowering the user and their healthcare provider to make better decisions for a healthier life.

### INSIGHT AT YOUR FINGERTIPS

With TRUE MANAGER™ AIR App, and a Health Mart® TRUE METRIX® AIR Meter and mobile device, users can track data and share with healthcare providers, friends, and family to help manage diabetes.

TRUE MANAGER™ AIR App is available on both Android and iOS operating systems.

 

| Health Mart® Products | NDC | McK Item # | Cost¹ |
|---|---|---|---|
| TRUE METRIX® AIR Self-Monitoring Blood Glucose Meter | 56151-1400-02 | 348 8873 | $13.00 |
| TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, 50 ct. | 56151-1460-04 | 330 4046 | $27.50 |
| TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, 100 ct. | 56151-1460-01 | 330 4004 | $51.00 |
| TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, Medi/Medi30 ct.* | 56151-1463-04 | 340 8485 | $5.00 |

1. Cost is effective June 1, 2015 and subject to change without notice. Final cost may vary based on wholesaler markup.
2. Valid only for beneficiaries of Medicare or Fee for Service Medicaid (where not excluded).

**Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161.**

*TRUE METRIX AIR is intended for self-monitoring blood glucose only and not for multiple patient use. Only TRUE METRIX PRO is intended for multiple patient use.**Go to www.trividiahealth.com/truemanagerair for a list of compatible mobile devices and applications.

  

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i. ❑ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii. ❑ I do not wish to receive any future faxes from MMM
   MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

EXHIBIT B

INTRODUCING

# Health Mart® TRUEplus®
# Fiber and Skin Care Products

### Ideal for people with diabetes to help maintain a healthy lifestyle.



**NEW Health Mart® TRUEplus® Fiber Tablets provide an effective way to supplement a healthy diet and contribute to overall good health.**

**NEW Health Mart® TRUEplus® Diabetics' Skin Care products target specific needs, including moderate skin dryness, severe dry, rough skin and cracked feet.**

 **TRUEplus** 

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i.  ☐ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii. ☐ I do not wish to receive any future faxes from MMM
    MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

# Get Connected



## *Upgrade to the* Health Mart®
## TRUE METRIX® AIR⁺

### TECHNOLOGY WITH REACH
With integrated wireless capability, results are seamlessly delivered to your linked mobile device** to provide simple tracking and insights, empowering the user and their healthcare provider to make better decisions for a healthier life.

### INSIGHT AT YOUR FINGERTIPS
With TRUE MANAGER™ AIR App, and a Health Mart® TRUE METRIX® AIR Meter and mobile device, users can track data and share with healthcare providers, friends, and family to help manage diabetes.

TRUE MANAGER™ AIR App is available on both Android and iOS operating systems.

 

  

| Health Mart' Products | NDC | McK Item # | Cost¹ |
|---|---|---|---|
| TRUE METRIX® AIR Self-Monitoring Blood Glucose Meter | 56151-1400-02 | 346 8873 | $15.00 |
| TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, 30 ct. | 56151-1460-04 | 330 4946 | $27.50 |
| TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, 100 ct. | 56151-1460-01 | 330 4004 | $51.00 |
| TRUE METRIX® Self-Monitoring Blood Glucose Test Strips, Medi/Medi 50 ct.² | 56151-1463-04 | 340 8465 | $5.00 |

1. Cost is effective June 1, 2016 and subject to change without notice. Final cost may vary based on wholesaler markup.
2. Valid only for beneficiaries of Medicare or Fee for Service Medicaid (where not excluded).

**Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161.**

*TRUE METRIX AIR is intended for self-monitoring blood glucose only and not for multiple patient use. Only TRUE METRIX PRO is intended for multiple patient use.**Go to www.trividiahealth.com/truemanagerair for a list of compatible mobile devices and applications.

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i.  ❑ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii.  ❑ I do not wish to receive any future faxes from MMM
      MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above. It is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

EXHIBIT B



# TRUE METRIX AIR

with **Bluetooth** SMART



Event tagging

Alternating time and date

Bluetooth® Smart Connectivity

Large display and digits for easy reading

High-quality protective screen

M 08:30AM

102 mg/dL

Elegant, black, soft-touch

Test strip release button

Easy-to-use test strip port

**FEATURES:**
- No coding
- Tiny 0.5 microliter sample size
- As fast as 4 seconds
- Stores 1,000 results with time/date
- Data management
- Download capabilities
- Uses Health Mart® TRUE METRIX® Self-Monitoring Blood Glucose Test Strips

Featuring **TRIPLE SENSE** ® TECHNOLOGY

## Includes Event Tagging



**BEFORE MEAL**
Test was taken just before a meal



**AFTER MEAL**
Test was taken 2 hours after the start of a meal



**EXERCISE**
Test was taken during or after exercise



**SICK**
Test was taken when sick



**MEDICATIONS**
Medication taken may have affected test result



**OTHER**
Any other reason the test is unique

NICO-8361 © 10/16 Trividia Health, Inc. TRUE METRIX, TRIPLE SENSE TECHNOLOGY and TRUE MANAGER are trademarks of Trividia Health, Inc. Health Mart, the Health Mart logo and the Health Mart private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

EXHIBIT B

INTRODUCING

# Health Mart® TRUEplus®
# Fiber and Skin Care Products

**Ideal for people with diabetes to help maintain a healthy lifestyle.**



**NEW Health Mart® TRUEplus® Fiber Tablets provide an effective way to supplement a healthy diet and contribute to overall good health.**

**NEW Health Mart® TRUEplus® Diabetics' Skin Care products target specific needs, including moderate skin dryness, severe dry, rough skin and cracked feet.**

 **TRUEplus·** 

The RxEducation content and communications herein are being provided by McKesson Manufacturer Marketing, a division of McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP ("MMM"). If you no longer want to receive future RxEducation faxes from MMM, please let us know by:
(a) Calling us toll-free at 800-279-5790 (and specifying option [i] or [ii] below); or
(b) Checking one of the boxes below and faxing us back toll-free at 800-279-9152
i.  ❑ I do not wish to receive future RxEducation faxes from MMM. I wish to continue to receive other faxes from MMM
ii. ❑ I do not wish to receive any future faxes from MMM
    MMM Opt-Out Fax Number(s)_____ Account Number_____; or
(c) Emailing us at MMM@mckesson.com with the subject line to Fax Opt-Out (and specifying option [i] or [ii] above)
You have the right to request to no longer receive MMM faxes in the manner described above, and it is unlawful if we do not comply within 30 days of your request. Your request must identify your fax number(s) and must be made in the manner described above. Please note that (a) you may later change your mind and ask to receive MMM faxes again and (b) opting out of MMM faxes does not opt you out of faxes from other McKesson Corporation business divisions.

# Health Mart® TRUEplus®
# Fiber Tablets

**4 GRAMS, 3 FIBERS, IN JUST 2 TABLETS**



With four grams of fiber per serving, Health Mart' TRUEplus' Fiber Tablets are an effective way to supplement a healthy diet and contribute to overall good health.

Each tablet contains three different sources of soluble, prebiotic fiber, which have different absorption rates in the body and stimulate the growth of helpful bacteria in the intestines.

- Sugar free, ideal for people with diabetes
- Promotes good digestive and colon health
- Aids in weight management along with a healthy diet and exercise
- Supports immune system
- Made in USA

## Health Mart® TRUEplus® Diabetics' Intensive Moisturizing Cream

**PROTECTS, HYDRATES, AND SOFTENS FOR EXTRA-DRY SKIN**





Health Mart' TRUEplus' Diabetics' Intensive Moisturizing Cream is ideal for dry, rough skin. Featuring Aqua Drop™, this non-greasy formula quenches dry skin, for a softer and healthier appearance.

- Protects and improves skin barrier function
- Traps moisture and hydrates for a healthier appearance
- Soothes, relieves and softens dry, rough skin
- Dermatologist tested

## Health Mart® TRUEplus® Diabetics' Foot Care Cream

**RELIEVES, PROTECTS, AND SOFTENS FOR DRY, ROUGH, CRACKED FEET**



Health Mart' TRUEplus' Diabetics' Foot Care Cream is ideal for dry, rough, cracked feet. Featuring Aqua Drop™ and a combination of ingredients, the specially designed formula improves hydration and protects feet while emollient properties relieve, soothe, and soften, visibly improving skin's appearance.

- Helps relieve cracked skin
- Retains moisture and hydrates, attracting water to cells and trapping moisture
- Leaves feet with a visibly smoother looking texture
- Dermatologist tested



A skin protectant formula that increases water content leaving skin feeling soft, smooth and healthy, visibly improving skin's appearance.

| Description | NDC | McK Item # | Cost† |
|---|---|---|---|
| **Health Mart® Fiber Tablets** | | | |
| Assorted Fruit Flavors, 90 ct. (bottle) | 56151-1670-91 | 343 8629 | $5.75 |
| **Health Mart® Skin Care** | | | |
| Diabetics' Intensive Moisturizing Cream, 4 oz. (tube) | 56151-681-04 | 343 8645 | $4.25 |
| Diabetics' Foot Care Cream, 4 oz. (tube) | 56151-682-04 | 343 8637 | $4.25 |

†Cost is subject to change without notice. Final cost may vary based on wholesaler markup.

NLDC-8588 © 08/16 Trividia Health, Inc. TRUEplus is a trademark of Trividia Health, Inc. Health Mart, the Health Mart logo and the Health Mart Private label logo are registered trademarks of Health Mart Systems, Inc. All rights reserved.

Order today from your local DC. For more product information, contact your Trividia Health, Inc. representative at 1-800-877-6161.




EXHIBIT B