UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61382-CIV-COHN/SELTZER

ARCARE, INC., an Arkansas Corporation,
on behalf of itself and all others similarly
situated,

    Plaintiff,

vs.

TRIVIDIA HEALTH, INC. and
TRIVIDIA HEALTHCARE SYSTEMS, INC.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: December 6, 2017

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Louis Mussman | /s/ Jeffrey A. Backman |
| Louis Mussman, Esq. (Fla # 597155) | Jeffrey A. Backman, Esq. (Fla # 662501) |
| louis@kumussman.com | Jeffrey.Backman@gmlaw.com |
| **KU & MUSSMAN, P.A.** | **GREENSPOON MARDER, P.A.** |
| 18501 Pines Blvd., Suite 209-A | 200 East Broward Blvd., Suite 1800 |
| Pembroke Pines, FL 33029 | Fort Lauderdale, FL 33301 |
| Telephone: (305) 891-1322 | Telephone: (954) 491-1120 |
| Facsimile: (305) 891-4512 | Facsimile: (954) 213-0140 |
| and | *Attorneys for Defendants* |

Randall K. Pulliam, Esq.
(admitted pro hac vice)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th Street
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 6th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Jeffrey A. Backman, Esq.
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

                                                */s/ Louis I. Mussman*
                                                Louis I. Mussman, Esq.