UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61382-CIV-COHN-SELTZER

ARCARE, INC., an Arkansas corporation, on
behalf of itself and all others similarly situated,

    Plaintiff,

v.

TRIVIDIA HEALTHCARE SYSTEMS, LLC and
TRIVIDIA HEALTH, INC.,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Stipulation of Dismissal with Prejudice.  DE 22.  The parties dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of December, 2017.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF